NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

04-7076

MARY A. PORTER,

Claimant-Appellant,

v.

ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,

Respondent-Appellee.

_____

DECIDED: November 3, 2004

_____

Before MAYER, <u>Chief Judge</u>, GAJARSA and LINN, <u>Circuit Judges</u>.

PER CURIAM.

Mary A. Porter seeks review of the final decision of the United States Court of Appeals for Veterans Claims denying her request for reconsideration and dismissing her appeal. <u>Porter v. Principi</u>, No. 03-1645 (Vet. App. Dec. 22, 2003). Porter has failed to identify a final Board of Veterans' Appeals decision from which she was entitled to appeal to the Veterans Court or to this court. To the extent Porter was again seeking to appeal the board's October 30, 2001 decision, with the corresponding Veterans Court

decision issued on January 28, 2003, she did not meet the filing deadline of this court. See 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1); see also Sofarelli Assoc., Inc. v. United States, 716 F.2d 1395, 1396 (Fed. Cir. 1983) (the requirement to file a notice of appeal within 60 days from the date of entry of the judgment is mandatory and jurisdictional). Accordingly, we affirm.